# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2535
LT Case No. 05-2017-CF-35993-A

_____

MATTHEW EDGAR BRODMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Petition Alleging Ineffectiveness of Appellate Counsel,
A Case of Original Jurisdiction.

Matthew Edgar Brodman, Bowling Green, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

December 20, 2024

PER CURIAM.

Following his conviction for multiple crimes and his more-than-sixteen-year prison sentence, Appellant Matthew Brodman filed his petition for writ of habeas corpus claiming ineffective assistance of appellate counsel. While a habeas petition is the proper vehicle by which to allege ineffective assistance of appellate counsel, *see Valle v. Moore*, 837 So. 2d 905, 907 (Fla. 2002), Brodman's twenty claims within his petition are conclusory and

lack supporting facts sufficient to demonstrate a basis for relief. Accordingly, Brodman's petition is dismissed with prejudice. *See Eleazer v. State*, 342 So. 3d 830 (Fla. 1st DCA 2022).

DISMISSED WITH PREJUDICE.

WALLIS, SOUD, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2